RECEIVED
OCT 13 10 52 AM '04
FINANCIAL
DISCLOSURE OFFICE

October 1, 2004

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Re:  Honorable Ira Dement, U.S. District Judge
        U.S. District Court Middle District of Alabama

Dear Members of the Committee:

This letter has been prepared in response to your letter dated September 3, 2004 regarding my 2003 report and as required, three copies of the same are provided. I have provided the specific money market fund for each entry below for the following:

|  | Description |
|---|---|
| Part VII, page 1 Line 9 | Evergreen Money Market Fund |
| Part VII, page 1 Line 15 | Evergreen Money Market Fund Cl A |
| Part VII, page 4 Line 57 | Evergreen Money Market Fund |
| Part VII, page 5 Line 84 | Evergreen Money Market Fund |

I trust this response is sufficient to properly process my 2003 report. Should you have any questions or require additional information, please call.

Sincerely,



IRA DEMENT
UNITED STATES DISTRICT JUDGE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>DE MENT, IRA | 2. Court or Organization<br><br>US DIST COURT, MIDDLE DIST- AL | 3. Date of Report<br><br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE, SENIOR STAT | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P O BOX 2149<br><br>MONTGOMERY, AL 36102-2149 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | GRANTOR TRUST |
| 2. | CO-TRUSTEE | ███ TRUST |
| 3. | | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED 2004 AUG 12

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DE MENT, IRA | 5/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. SAVINGS BOND #1 | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. Regions Financial Corporation, Common | A | Dividend | K | T | | | | | |
| 4. Mobile AL Wts 5.0% due 2/15/16 | B | Interest | K | T | | | | | |
| 5. Jefferson CNTY AL Brd ED Bond 5.0% due 2/15/2020 | B | Interest | L | T | | | | | |
| 6. AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 7. University AL Univ Revs Bond 5.0% due 6/1/2016 | B | Interest | K | T | | | | | |
| 8. Scottsboro Ala WTS 6.0% due 7/1/19 | D | Interest | M | T | | | | | |
| 9. Cash/Money Fund | A | Dividend | J | T | | | | | |
| 10. Sun Life Financial | A | Dividend | J | T | | | | | |
| 11. Regions Bank Account #1 | A | Interest | K | T | | | | | |
| 12. IRA #1 | | | | | | | | | |
| 13. Evergreen Strategic EKPRX | B | Dividend | K | T | | | | | |
| 14. Evergreen FDS ECPBX | A | Dividend | K | T | | | | | |
| 15. Cash/Money Funds | A | Interest | J | T | | | | | |
| 16. …Continued | D | Distribution | | | | | | | |
| 17. EMC Corp Mass | | None | J | T | | | | | |
| 18. Home Depot Inc. | A | Dividend | J | T | Buy | 02/06 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Intel Corp. | A | Dividend | J | T | | | | | |
| 20. JDS Unipase | | None | | | Sell | 02/06 | K | | |
| 21. Microsoft Corp | A | Dividend | J | T | | | | | |
| 22. Oracle Corp. | | None | J | T | | | | | |
| 23. SBC Communication Corp. | A | Dividend | J | T | Buy | 02/06 | J | | |
| 24. SunAmerica | | None | K | T | | | | | |
| 25. Disney Walt Company | A | Dividend | J | T | | | | | |
| 26. CVS Corporation | | None | | | Sell | 02/06 | J | | |
| 27. Solectron Corp | | None | J | T | | | | | |
| 28. AOL Time Warner | | None | | | Sell | 02/06 | J | | |
| 29. American INTL Group | A | Dividend | J | T | | | | | |
| 30. Bristol Myers Squibb Co. | A | Dividend | J | T | Buy | 02/06 | J | | |
| 31. ChevronTexaco Corp. | A | Dividend | J | T | | | | | |
| 32. CitiGroup, Inc. | A | Dividend | J | T | | | | | |
| 33. Clear Channel Communication | | None | | | Sell | 02/06 | J | | |
| 34. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 35. El Paso Corp. | | None | | | Sell | 02/06 | J | | |
| 36. Federal Home Loan Mtg. Corp. | | None | | | Sell | 02/06 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. General Electric Company | A | Dividend | J | T | Buy | 02/06 | J | | |
| 38. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 39. Nokia Corp. Sponsored ADR | A | Dividend | J | T | | | | | |
| 40. Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 41. Target Corp. | A | Dividend | J | T | Buy | 02/06 | J | | |
| 42. Tyco Intl LTD New | | None | | | Sell | 02/06 | J | | |
| 43. BPD Intl Bk CD New York NY | | None | | | Sell | 04/24 | K | | |
| 44. WesternBank PR | B | Interest | L | T | Buy | 02/06 | K | | |
| 45. American High Income Tr Cl F | C | Dividend | K | T | Buy | 05/02 | L | | |
| 46. ...Continued | | | | | Partial sell | 07/30 | L | A | |
| 47. ...Continued | | | | | Buy | 10/01 | K | | |
| 48. Regions Bank Account #2 | B | Interest | M | T | | | | | |
| 49. Brokerage Account #2 | | | | | | | | | |
| 50. Eaton Vance National Municipals Fund | B | Dividend | K | T | | | | | |
| 51. Mobile AL WTS 5.0% due 2/15/16 | B | Interest | K | T | | | | | |
| 52. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 53. Birmingham AL Bond 5.0% due 4/1/21 | B | Interest | K | T | | | | | |
| 54. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | If not exempt from disclosure (4) Gain Code 1 (A-H) | If not exempt from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Scottsboro Ala Wts | B | Interest | K | T | | | | | |
| 56. Eaton Vance Marathon Tax Mngd Grwth Tr Cl B | | None | J | T | | | | | |
| 57. Cash/Money Fund | A | Dividend | J | T | | | | | |
| 58. Evergreen Money Market Fund C | A | Dividend | K | T | Buy | 08/04 | K | | |
| 59. Evergreen Ultra Short C | A | Dividend | K | T | Buy | 06/17 | K | | |
| 60. Evergreen Fixed High Yield Cl C | A | Dividend | | | Buy | 02/13 | K | | |
| 61. ...Continued | | | | | Sell | 08/04 | K | A | |
| 62. Franklin 1.2% | A | Interest | | | Buy | 02/19 | K | | |
| 63. ...Continued | | | | | Sell | 05/27 | K | | |
| 64. AmSouth Bank Account #3 | A | Dividend | K | T | | | | | |
| 65. Beneficial Interest in the Family Trust #1 | | | | | | | | | |
| 66. AmSouth Bank, Montgomery, AL | | | | | | | | | |
| 67. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 68. U.S. Savings Bonds, Series HH, various maturities | E | Interest | N | T | | | | | |
| 69. AmSouth Equity Fund | A | Dividend | K | T | | | | | |
| 70. AmSouth Municipal Bond Fund | D | Dividend | N | T | | | | | |
| 71. AmSouth Small Cap Fund | | None | J | T | | | | | |
| 72. AmSouth Capital Growth Fund | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. AmSouth International Equity Fund | A | Dividend | J | T | | | | | |
| 74. AmSouth Master Money Market Account | A | Dividend | J | T | | | | | |
| 75. AmSouth FDS Enhanced Market Fund Cl1 | A | Dividend | K | T | Buy | 01/22 | J | | |
| 76. Regions CD #1 | B | Interest | L | T | | | | | |
| 77. AmSouth CD #2 | B | Interest | L | T | | | | | |
| 78. Grantor Trust #2 | | | | | | | | | |
| 79. Davis NY Venture Fd B | A | Dividend | J | T | | | | | |
| 80. Davis NY Venture Fd A | A | Dividend | J | T | | | | | |
| 81. Evergreen Equity Indx Cl C | A | Dividend | J | T | | | | | |
| 82. VK Emerging Grwth Cl C | | None | J | T | | | | | |
| 83. Alliance Premier Grwth Cl C | | None | J | T | | | | | |
| 84. Cash/Money Fund | A | Dividend | J | T | | | | | |
| 85. SunAmerica Funds FOC MLT/CP VL II | A | Dividend | J | T | | | | | |
| 86. SEP #1 | | | | | | | | | |
| 87. Davis NY Venture Fd B | A | Dividend | J | T | | | | | |
| 88. IRA #2 | | | | | | | | | |
| 89. Davis NY Venture Fd B | | None | J | T | | | | | |
| 90. Alliance Premier Growth Fund CL C | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DE MENT, IRA | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | | | | | |
| 92. VK Emerging Growth Cl C | | None | J | T | | | | | |
| 93. Washington Mutual Investment Fd Cl B | A | Dividend | J | T | | | | | |
| 94. SEP #2 | | | | | | | | | |
| 95. Davis NY Venture Fd B | A | Dividend | K | T | | | | | |
| 96. See Part VIII (1) | | | | | | | | | |
| 97. Series HH Bonds | A | Interest | J | T | | | | | |
| 98. AmSouth Bank Account #5 | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>DE MENT, IRA | Date of Report<br><br>5/14/2004 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

(1) This item is not an investment, but a description of the account in which the HH bonds are held.  As a result, this item has been excluded from the report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DE MENT, IRA | 5/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___8/12/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544